UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK TODD,<br><br>          Plaintiff,<br><br>     v.<br><br>TRILLA BAHRKE, et al.<br><br>          Defendants. | No. 2:13-cv-0657 JAM CKD PS<br><br><br><br>ORDER |

On April 9, 2013, findings and recommendations were filed recommending that this action be dismissed for lack of subject matter jurisdiction under the <u>Rooker-Feldman</u> doctrine. Plaintiff has filed objections. On April 22, 2013, plaintiff filed two motions, a motion to amend the pleadings to correct a typographical error and a "motion to transfer to federal court." Neither of plaintiff's motions changes the analysis underlying the findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend the pleadings (ECF No. 7) is granted.

2. Plaintiff's motion to transfer to federal court (ECF No. 8) is denied.

Dated: May 14, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 todd0657.cuo

1