UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK TODD, | No. 2:13-cv-0657 JAM CKD PS |
| Plaintiff, | |
| v. | ORDER |
| TRILLA BAHRKE, et al. | |
| Defendants. | |

On April 9, 2013, findings and recommendations were filed recommending that this action be dismissed for lack of subject matter jurisdiction under the Rooker-Feldman doctrine. Plaintiff has filed objections. On April 22, 2013, plaintiff filed two motions, a motion to amend the pleadings to correct a typographical error and a "motion to transfer to federal court." Neither of plaintiff's motions changes the analysis underlying the findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend the pleadings (ECF No. 7) is granted.

2. Plaintiff's motion to transfer to federal court (ECF No. 8) is denied.

Dated: May 14, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 todd0657.cuo

1